No. 25-50855

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

MOHAMMAD BOZORGI; KEN CALDERONE; MANOHAR K. RAO, individually and on behalf of all others similarly situated; all persons or entities who, between September 14, 2020 and October 12, 2023, purchased or otherwise acquired Cassava Sciences, Inc., securities,

*Plaintiffs-Appellees*

v.

CASSAVA SCIENCES, INCORPORATED; REMI BARBIER; ERIC J. SCHOEN; LINDSAY BURNS,

*Defendants-Appellants*

---

On Appeal from the United States District Court for the Western District of Texas, Austin Division, Case No. 1:21-cv-00751-DAE

---

## APPELLANTS' RESPONSE TO APPELLEES' MOTION TO TAKE JUDICIAL NOTICE

---

Douglas W. Greene
Zachary R. Taylor
C. Shawn Cleveland
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 847-7090
dgreene@bakerlaw.com

*Counsel for Defendants-Appellants Remi Barbier and Lindsay Burns*

Gregg Costa
  *Counsel of Record*
Monica K. Loseman
Scott Campbell
Brian Richman
Lloyd S. Marshall
Patrick J. Fuster
GIBSON, DUNN & CRUTCHER LLP
811 Main St., Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
gcosta@gibsondunn.com

*Counsel for Defendants-Appellants Cassava Sciences, Inc. and Eric J. Schoen*

## CERTIFICATE OF INTERESTED PERSONS

No. 25-50855,

MOHAMMAD BOZORGI; KEN CALDERONE; MANOHAR K. RAO, individually and on behalf of all others similarly situated; all persons or entities who, between September 14, 2020 and October 12, 2023, purchased or otherwise acquired Cassava Sciences, Inc., securities,

*Plaintiffs-Appellees*

v.

CASSAVA SCIENCES, INCORPORATED; REMI BARBIER; ERIC J. SCHOEN; LINDSAY BURNS,

*Defendants-Appellants*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Plaintiffs-Appellees and Class | Counsel for Plaintiffs-Appellees and Class |
|---|---|
| Mohammad Bozorgi<br><br>Ken Calderone<br><br>Manohar K. Rao<br><br>All persons or entities who, between September 14, 2020 and October 12, 2023, purchased or otherwise acquired Cassava Sciences, Inc. securities | ROBBINS GELLER RUDMAN & DOWD LLP<br>Joseph D. Daley<br>Daniel S. Drosman<br>Jessica T. Shinnefield<br>Kevin A. Lavelle<br>Heather G. Geiger<br>Jeremy W. Daniels<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058 |

## CERTIFICATE OF INTERESTED PERSONS
(continued)

| Defendants-Appellants | Counsel for Defendants-Appellants |
|---|---|
| Cassava Sciences, Inc.<br><br>Eric J. Schoen<br><br>Remi Barbier<br><br>Lindsay Burns | GIBSON, DUNN & CRUTCHER LLP<br>Gregg Costa<br>Lloyd S. Marshall<br>811 Main St., Suite 3000<br>Houston, TX 77002<br>Telephone: (346) 718-6600<br><br>Monica K. Loseman<br>Scott Campbell<br>1801 California St.<br>Denver, CO 80202<br>Telephone: (303) 298-5700<br><br>Brian Richman<br>2001 Ross Avenue, Suite 2001<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br><br>Patrick J. Fuster<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br><br>BAKER & HOSTETLER LLP<br>Douglas W. Greene<br>Zachary R. Taylor<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 847-7090 |

## CERTIFICATE OF INTERESTED PERSONS
(continued)

|  | C. Shawn Cleveland<br>2850 N. Harwood St., Suite 1100<br>Dallas, TX 75201<br>Telephone: (214) 210-1210 |
|---|---|

Respectfully submitted,

 /s/ *Gregg Costa*
Gregg Costa

*Counsel of Record for
Defendants-Appellants Cassava
Sciences, Inc. and Eric J. Schoen*

**APPELLANTS' RESPONSE TO APPELLEES' MOTION TO TAKE JUDICIAL NOTICE**

Defendants-Appellants do not oppose the motion to take judicial notice. However, this Court need not take judicial notice of supplemental materials "unnecessary to resolve the issues on appeal." *Bd. of Mississippi Levee Com'rs v. EPA*, 674 F.3d 409, 417 n.4 (5th Cir. 2012); *see also Budhathoki v. Nielsen*, 898 F.3d 504, 517 (5th Cir. 2018). As Defendants-Appellants will explain in their reply brief, the documents of which Plaintiffs-Appellees seek judicial notice do not aid Plaintiffs-Appellees or alter the analysis of the issues on appeal. Because the necessity of the supplemental documents depends on a view of the merits, Defendants-Appellants respectfully submit that the motion should be carried with the case. *See, e.g.*, *Alford v. Kuhlman Elec. Corp.*, 716 F.3d 909, 915 (5th Cir. 2013) (denying carried motion to take judicial notice); *Bollore S.A. v. Imp. Warehouse, Inc.*, 448 F.3d 317, 326 (5th Cir. 2006) (same).

## CONCLUSION

Plaintiffs-Appellees' motion to take judicial notice should be carried with the case.

DATED:    March 30, 2026          Respectfully submitted,


                                  /s/ Gregg Costa
                                  Gregg Costa

                                  GIBSON, DUNN & CRUTCHER LLP
                                  Gregg Costa
                                  gcosta@gibsondunn.com
                                  Lloyd S. Marshall
                                  lmarshall@gibsondunn.com
                                  811 Main St., Suite 3000
                                  Houston, TX 77002
                                  Telephone: (346) 718-6600

                                  Monica K. Loseman
                                  mloseman@gibsondunn.com
                                  Scott Campbell
                                  scampbell@gibsondunn.com
                                  1801 California St.
                                  Denver, CO 80202
                                  Telephone: (303) 298-5700

                                  Brian Richman
                                  brichman@gibsondunn.com
                                  2001 Ross Avenue, Suite 2001
                                  Dallas, TX 75201
                                  Telephone: (214) 698-3100

                                  Patrick J. Fuster
                                  pfuster@gibsondunn.com
                                  333 South Grand Avenue
                                  Los Angeles, CA 90071
                                  Telephone: (213) 229-7000

                                  *Counsel for Defendants-Appellants
                                  Cassava Sciences, Inc. and Eric J.
                                  Schoen*

2

BAKER & HOSTETLER LLP

Douglas W. Greene
dgreene@bakerlaw.com
Zachary R. Taylor
ztaylor@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 847-7090

C. Shawn Cleveland
scleveland@bakerlaw.com
2850 N. Harwood St., Suite 1100
Dallas, TX 75201
Telephone: (214) 210-1210

*Counsel for Defendants-Appellants*
*Remi Barbier and Lindsay Burns*

## CERTIFICATE OF SERVICE

I certify that, on March 30, 2026, a true and correct copy of the foregoing response was served via CM/ECF on all counsel of record.

/s/ *Gregg Costa*
Gregg Costa

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word for Microsoft 365.  This response complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 167 words, excluding the parts exempted by Rule 32(f).

I certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus-scanning program and is free of viruses.

/s/ *Gregg Costa*
Gregg Costa